UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

--------------------------------------------------------------X
                :

IN RE:                        :   CASE NO.: 8-24-71897-reg
                :
                :   CHAPTER: 7

Best Hand Real Estate Corp.,      :
                :   HON. JUDGE:
                :   Robert E. Grossman

Debtor.                  :
                :   HEARING DATE: August 14, 2024
                :
                :
--------------------------------------------------------------X

## ORDER GRANTING RELIEF FROM
## THE AUTOMATIC STAY

      Upon the motion, dated July 17, 2024, (the "Motion"), of Planet Home Lending, LLC dba

Planet Home Servicing as servicer for Wilmington Trust, National Association, not in its

Individual Capacity, but solely as Trustee of MFRA Trust 2016-1 (with any subsequent successor

or assign, the "Movant"), for an order, pursuant to 11 U.S.C. §§ 362 (d)(1) and (d)(2), vacating the

automatic stay to permit Movant, its successors and/or assigns, to enforce its mortgage on the

Debtor`s premises located at 230 Roslyn Road, Mineola, NY 11501; and due and proper notice of

the Motion having been made on all necessary parties; and the Court having held a hearing on the

Motion on August 14, 2024 and upon all the proceedings had before the Court; and after due

deliberation and sufficient cause appearing, it is hereby

      **ORDERED** that the Motion is granted as provided herein; and it is further

      **ORDERED** that the automatic stay imposed in this case by section 362(a) of the

Bankruptcy Code is vacated under section 362(d)(1) of the Bankruptcy Code as to the Movant's

interest in the Property to allow the Movant's enforcement of its rights in, and remedies in and to, the Property; and it is further

**ORDERED** that in the event this case is converted to a case under any other chapter of the U.S. Bankruptcy Code, this Order will remain in full force and effect; and it is further

**ORDERED** that the Movant shall promptly report to the Chapter 7 Trustee any surplus monies realized by any sale of the Property.



Dated: Central Islip, New York
August 21, 2024

Robert E. Grossman
United States Bankruptcy Judge